Argued and submitted October 26, ballot title certified November 12, 1999

Becky MILLER,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Katherine G. "Kappy" EATON,
*Intervenor.*

(SC S46815)

988 P2d 912

Molly E. Hickman, of Bryne & Associates, Portland, argued the cause and filed the petition for petitioner.

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Steven Novick, Portland, argued the cause and filed the response for intervenor.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments concerning the content of the .draft ballot title filed with the Secretary of State and who therefore is entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d). Accordingly, we certify to the Secretary of State the following ballot title:

PROVIDES PUBLIC FUNDING TO CANDIDATES
WHO LIMIT SPENDING, PRIVATE CONTRIBUTIONS

RESULT OF "YES" VOTE: "Yes" vote provides limited public funding to candidates accepting limits on spending and private contributions.

RESULT OF "NO" VOTE: "No" vote retains system of no public funding, unlimited private contributions to state office candidates.

SUMMARY: Provides for limited public funding of qualifying candidates' campaigns for Governor, Secretary of State, Treasurer, Attorney General, state senator, representative. Candidates qualify by: (1) agreeing to accept only certain permitted contributions and make expenditures only from those sources; (2) receiving specified number of $5 contributions from Oregon residents. Creates fund to finance qualifying candidates' campaigns. After qualifying, candidates may spend revenues only from fund, remaining permissible private contributions. Mandates adequate funding. Partially repeals political tax credit. Increased disclosure requirements. Penalties for violations. Other changes.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).